377 A.2d 191

Commonwealth v. Williams, Appellant.

Submitted June 14, 1976. Harris S. Pasline, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.